IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUMITO MITSUBISHI SILICON CORP., aka SUMCO, and SUMCO USA CORP., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>MEMC ELECTRONIC MATERIALS, INC., <br><br>　　　　Defendant. | ) ) ) ) ) ) ) Civ. No. 04-852-SLR ) ) ) ) |

**O R D E R**

At Wilmington this 30th day of March, 2005, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant's motion to dismiss or to stay (D.I. 19) plaintiffs' complaint is denied.

2. Defendant's motion to transfer the present action to the Northern District of California (D.I. 19) is granted.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States District Judge