UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SUMITOMO MITSUBISHI SILICON CORPORATION, aka SUMCO, a corporation of Japan and SUMCO USA CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MEMC ELECTRONIC MATERIALS, INC., a Delaware corporation,<br><br>Defendant. | C.A. No. 04-0852-SLR |

PLAINTIFFS' MOTION FOR PARTIAL RECONSIDERATION
PURSUANT TO LOCAL RULE 7.1.5

Pursuant to Local Rule 7.1.5, Plaintiffs Sumitomo Mitsubishi Silicon Corporation and SUMCO USA Corporation (hereafter "SUMCO") hereby move for reconsideration of that portion of the Court's March 30, 2005, Order (D.I. No. 32) granting Defendant's Motion to Transfer the present action to the Northern District of California (D.I. 19).

583920v1

In support of the instant Motion, as set forth more fully in the Brief, SUMCO submits that reconsideration of a portion of the Court's Order is warranted to correct clear errors of fact and because of new evidence that was not available until well after Defendant's Motion was submitted and considered by the Court.

**THE BAYARD FIRM**

April 13, 2005

*/s/ Richard D. Kirk*
Richard D. Kirk (rk0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 429-4208
rkirk@bayardfirm.com
*Attorneys for Plaintiffs*

OF COUNSEL:

RADER, FISHMAN & GRAUER PLLC
R. Terrance Rader
David T. Nikaido
Ellen A. Efros
39533 Woodward Ave., Suite 140
Bloomfield Hills, MI 48304
(248) 594-0600

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 13, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Patricia Smink Rogowski, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participants:

Robert M. Evans, Jr.
Marc VenderTuig
SENNIGER POWERS
One Metropolitan Square, Suite 1600
St. Louis, MO 63102

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

578212v1