# EXHIBIT A



Sumitomo Mitsubishi Silicon Corporation
General Manager
Patent Department
Seavans North, 1-2-1 Shibaura,
Minato-ku, Tokyo 105-8634
Japan

Soitec
Parc Technologique
des Fontaines
38190 Bernin - France
Adresse postale :
38926 Crolles Cedex

Tél. : 33 (0)4 76 92 75 00
Fax : 33 (0)4 76 92 75 01
www.soitec.com

S.O.I.TEC
S.A au capital de
4 267 520 €
384 711 909
RCS Grenoble
Code APE 321 B

Wednesday, 16 March 2005

Dear Sir,

We have been contacted by MEMC Electronic Materials, Inc. in connection with the following three European Patents. MEMC has suggested that these patents may be pertinent to certain wafers which your company is supplying to us. The patents are:

EP0972094 (and, in particular, Claims 1 - 10),

EP0973963 (and, in particular, Claims 1 - 6, 27 and 28) and

EP0973964 (and, in particular, Claims 13 - 20).

We would be grateful for your views with respect to the impact of these patents on the availability of the materials you are furnishing to us.

Yours truly,

Emmanuel Huyghe
Industrial Property Manager