# EXHIBIT B

**SUMCO**

SUMITOMO MITSUBISHI SILICON GROUP

Sumitomo Mitsubishi Silicon Corporation
314 Nishisangao, Noda-shi, Chiba, 278-0015, Japan
Tel.: +81-4-7124-2894, Fax: +81-4-7124-3015

Katsuichi Gunji
General Manager, Engineering Planning Dept.

March 22, 2005

<u>VIA Facsimile and TNT</u>
Mr. Emmanuel Huyghe, Industrial Property Manager
Soitec,
Parc Technologique, des Fontaines
38190 Bernin, France

Re: The letter dated March 16, 2005

Dear Mr. Huyghe

This letter is to acknowledge receipt of your letter dated March 16, 2005 referencing European Patents. We are in the process of reviewing them. However, since the information presented in you letter does not seem to be sufficient to understand the situation, I would greatly appreciate it if you could provide us detailed information described below as soon as possible:

- Who did at MEMC contact to whom at Soitec and when.
- Did MEMC sent a letter or orally communicated with you?
- What kind of products did MEMC specifically point out (with SUMCO's name specifically)?
- Did MEMC refer only SUMCO although you have other silicon suppliers?
- Did MEMC expect any response regarding this matter from you? If so, when they need the response.

We will respond to your letter after we have completed our review.
Please contact me if you have any questions.

Respectfully yours,

Katsuichi Gunji

**SUMITOMO MITSUBISHI SILICON GROUP**