# EXHIBIT C



Sumitomo Mitsubishi Silicon Corporation
Attention to Mr Katsuichi Gunji
General Manager
Engineering planning Dpt
314 Nishisangao, Noda-shi,
Chiba, 278-0015
Japan

Wednesday, 23 March 2005

Dear Mr Gunji,

This is a reply to your fac-simile dated March 22, 2005.

We have indeed received a letter from MEMC, signed by Dr. Shaker Sadasivam, senior Vice president, Research & Development, in the context of other confidential exchanges. A copy of the relevant passage of this letter is provided to you below for your complete information :

"Relatedly, we note from your website that your UNIBOND product is described as containing COP-free material (active and handle wafers). We also understand that you supply SOI wafers to certain customers whose specifications require a COP-free device layer. MEMC has an extensive patent estate concerning COP-free silicon ingots and wafers (*i.e.*, agglomerated intrinsic point defect-free material), *per se*, methods of preparing such ingots and wafers, and SOI substrates prepared from such materials. See, for example our US Patent Nos- 5,919,302; 6,236,104; 6,254,672; 6,287,380; and 6,342,725 and European Patent Nos. 972,094; 973,963; and 973,964. We are interested in obtaining further information concerning your UNIBOND product and whether, for example, you believe your UNIBOND product and its preparation fall outside the scope of our patent estate and, if so, why."

We believe we have to reply to MEMC within the next month and would appreciate your comments before that time. In particular, we would appreciate your comments in relation to the European patents claims that were cited in our previous letter.

Yours truly,

Emmanuel Huyghe
Industrial Property Manager

Tel : +33 4 76 92 75 83
Fax : +33 4 76 92 76 60

S.O.I.TEC - Parc Technologique des Fontaines - 38190 BERNIN - FRANCE
Adresse postale . 38926 CROLLES Cedex - Tel : 33 (4) 76 92 75 00 – Fax : 33 (4) 76 92 75 01
Adresse Internet : www.soitec.com
SA au capital de 4 319 518, 56 € – 384 711 909 RCS de Grenoble – Code APE 321 C