IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUMITOMO MITSUBISHI SILICON CORPORATION, aka SUMCO, a corporation of Japan and SUMCO USA CORPORATION, a Delaware corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-852-SLR |
| v. | ) ) ) | |
| MEMC ELECTRONIC MATERIALS, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) | |

**STIPULATION EXTENDING TIME**

WHEREAS, in an order filed on March 31, 2005 [D.I. 32] (the "Order"), the Court granted the motion to transfer [D.I. 19] filed by defendant MEMC Electronic Materials, Inc. ("MEMC") but denied MEMC's motion to dismiss or stay; and

WHEREAS, plaintiffs, Sumitomo Mitsubishi Silicon Corporation and Sumco USA Corporation (collectively "Sumco"), have filed a Motion for Reconsideration (the "Motion") of the Order;

NOW, THEREFORE, Sumco and MEMC, by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that MEMC's answer to the First Amended Complaint [D.I. 14] will be due either (1) if the Court reverses the Order and denies MEMC's motion to transfer, twenty days after the Court issues its decision denying MEMC's motion to transfer; or (2) if the Court denies the Motion and the case is transferred, twenty days after the case is docketed by the United States District Court for the Northern District of California and the case is assigned to a judge of that court.

| | |
|---|---|
| THE BAYARD FIRM | CONNOLLY BOVE LODGE & HUTZ LLP |
| /s/ Richard D. Kirk | /s/ Patricia S. Rogowski |
| Richard D. Kirk (#922) | Patricia S. Rogowski (I.D. #2632) |
| 222 Delaware Avenue, Suite 900 | Rudolf E. Hutz (I.D. #484) |
| P.O. Box 25130 | The Nemours Building |
| Wilmington, DE 19899-5130 | 1007 North Orange Street |
| (302) 655-5000 | P.O. Box 2207 |
| rkirk@bayardfirm.com | Wilmington, DE 19899 |
| | (302) 658-9141 |
| *Attorneys for Plaintiffs* | progowski@cblh.com |
| | *Attorneys for Defendant* |

**SO ORDERED** this _____ day of April, 2005.

_____
The Honorable Sue L. Robinson
United States District Judge