IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUMITO MITSUBISHI SILICON CORPORATION, a/k/a SUMCO, a corporation of Japan, and SUMCO USA CORPORATION, a Delaware corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>MEMC ELECTRONIC MATERIALS, INC., a Delaware corporation,<br><br>        Defendant. | Civ. No. 04-852-SLR |

O R D E R

At Wilmington this ____ day of May, 2005, having reviewed plaintiff's motion for partial reconsideration;

IT IS ORDERED that said motion (D.I. 33) is denied. The decision to transfer is discretionary; I am not persuaded that the decision to transfer this case to the Northern District of California is inappropriate.

                                                     /s/ _____
                                                   United States District Judge