**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

May 17, 2005

VIA UPS DELIVERY
Phillip Burton United States Courthouse
Northern District of California
Attn: Rufino Santos
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

C 05 02133

EDL

E-filing

Re:   *Sumitomo Mitsubishi, et al., v. MEMC Electronic; Delaware Civil No. 1:04-852-SLR*

Dear Mr. Santos:

In accordance with the Memorandum Opinion and Order issued on March 30, 2005 and the Order denying plaintiff's motion for partial reconsideration issued on May 12, 2005 by Chief Judge Sue L. Robinson, U.S.D.C. for the District of Delaware, in the above captioned civil case, I am transferring Delaware Civil No. 1:04-852-SLR to the U.S.D.C. for the Northern District of California. Enclosed please find the original docket items for this case (D.I.1-30) along with certified copies of the docket sheet and the two court orders associated with this transfer. Please note that this court began electronic filing as of March 1, 2005 thus all docket items filed as of that date and later (D.I. 31-38) are available electronically on CM/ECF.

Please acknowledge receipt of the above by signing and dating the enclosed copy of this letter. Please return the same to the District Court of Delaware in the enclosed, self-addressed, envelope.

Sincerely,

Peter T. Dalleo, Clerk

By: _Rosanna L. Dillo_
Deputy Clerk

Enclosures

    The Honorable Sue L. Robinson
    All counsel of record were noticed electronically